225 So.2d 7

**STATE of Louisiana**

v.

**Ronald Ray CLARK.**

No. 50005.

July 21, 1969.

In re: Ronald Ray Clark applying for writs of certiorari, prohibition and mandamus.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

225 So.2d 7

**Frank T. STEWART et al.**

v.

**SEWERAGE DISTRICT NO. 2 OF the PARISH OF ST. CHARLES.**

No. 50019.

July 25, 1969.

In re: Mrs. Marvel Berry et al. applying for writs of certiorari, prohibition and mandamus.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.